**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**


**AMERICAN SAFETY CASUALTY**
**INSURANCE COMPANY**                                              **PLAINTIFF**


**vs.**                              **CIVIL ACTION NO. 3:09-cv-00432-HTW-LRA**


**A.B.S. SERVICES, INC., et al.**                                  **DEFENDANTS**


## AGREED ORDER DISMISSING AS SETTLED

Upon agreement of Plaintiff, American Safety Casualty Insurance Company, and Defendants,

A.B.S. Services, Inc., Anthony Jon Bertas and William J. Maple, and the Court being advised that

the parties have reached a settlement,

IT IS HEREBY ORDERED that the action be, and same is hereby, DISMISSED with

prejudice.

Entered this 17th day of May, 2010.

s/ HENRY T. WINGATE
CHIEF JUDGE
UNITED STATES DISTRICT COURT

00985757

| | |
|---|---|
| AGREED TO: | AGREED TO: |
| /s/ Thomas E. Roma, Jr. | /s/ Armin J. Moeller |
| Thomas E. Roma, Jr. | Armin J. Moeller |
| Parker & O'Connell, PLLC | Heather White Martin |
| 455 S. Fourth Avenue | Balch & Bingham, LPP |
| 930 Starks Building | PO Box 22587 |
| Louisville, KY 40202 | Jackson, MI 39205 |
| troma@parkeroconnell.com | *Counsel for Defendants,A.B.S Services, Inc.,* |
| | *Anthony Jon Bertas and William Maple* |
| /s/ John A. Brunini | |
| John A. Brunini | |
| BRUNINI, GRANTHAM, | |
| GROWER & HEWES, PLLC | |
| The Pinnacle Building, Suite 100 | |
| 190 East Capitol Street | |
| Jackson, Mississippi 39201 | |
| (601)948-3101 | |
| Fax: (601)960-6902 | |
| E-mail: jbrunini@brunini.com | |
| | |
| *Counsel for Plaintiff* | |
| *American Safety Casualty Insurance Company* | |

**CIVIL ACTION NO. 3:09-cv-00432-HTW-LRA**

**AGREED ORDER DISMISSING AS SETTLED**